UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
PORTLAND DIVISION

Case No.: To Be Assigned

NATHAN REARDON,
Plaintiff,

v.

ADAM DOMONSKI,
Defendant.

COMPLAINT FOR DEFAMATION, FALSE LIGHT, AND DAMAGES

Plaintiff Nathan Reardon, pro se, brings this civil action against Defendant Adam Domonski for defamation, false light invasion of privacy, and related torts. Plaintiff alleges as follows:

1. This Court has jurisdiction under 28 U.S.C. § 1332 as the amount in controversy exceeds $75,000.
2. Venue is proper in the Portland Division due to Plaintiff's election based on bias and misconduct observed in the Bangor Division.

3. Plaintiff Nathan Reardon is a resident of Detroit, Maine and was the former managing member of several Maine-based businesses.
4. Defendant Adam Domonski is a resident of Maine and was formerly Plaintiff's commercial landlord.

5. Defendant was the landlord of a commercial property leased to Plaintiff and attempted to increase rent unilaterally despite a valid contract.
6. When Plaintiff declined the improper rent hike, Defendant engaged in retaliatory behavior including unauthorized entry into the property.
7. Despite being caught on camera entering the premises without notice or permission, Defendant falsely accused Plaintiff of 'scamming' him and damaging the building.
8. These false accusations were communicated to third parties and broadcast publicly, damaging Plaintiff's

reputation.

9. Plaintiff and his team had improved the property, including cleaning and removing extensive debris and tires left behind.

10. Defendant's statements were knowingly false or made with reckless disregard for the truth and directly contributed to reputational and business harm.

## COUNT I: DEFAMATION

11. Defendant published false and defamatory statements about Plaintiff, accusing him of unethical conduct and breaching lease obligations.

12. These statements were made to third parties and publicized with the intent to harm Plaintiff.

13. The accusations constitute defamation per se as they imply criminal and unethical business behavior.

## COUNT II: FALSE LIGHT INVASION OF PRIVACY

14. Defendant portrayed Plaintiff publicly in a highly misleading and damaging manner.

15. The false light presented was offensive and objectionable to a reasonable person.

## DAMAGES

16. Plaintiff suffered reputational harm, loss of commercial opportunities, legal expenses, and emotional distress.

17. Plaintiff seeks compensatory damages in the amount of $750,000 and punitive damages of $250,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment for compensatory damages in the amount of $750,000;
b. Award punitive damages of $250,000;
c. Order Defendant to issue a formal written and public retraction;
d. Grant such other relief as the Court deems just and proper;
e. Schedule this matter for jury trial in the Portland Division.

Respectfully Submitted,

_____
Nathan Reardon, Pro Se Plaintiff

207-745-7579
PO Box 52, Detroit, ME 04929
nathan@membershipauto.com